```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Darren Brady

    v.                                      Case No. 19-cv-616-SM

Family Dollar, Inc., et al


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 19, 2019.

                                                    _____
                                                   Steven J. McAuliffe
                                                   United States District Judge

Date: July 9, 2019

cc:   Darren Brady, pro se